# IN THE SUPREME COURT OF THE STATE OF NEVADA

GERALDINE TRICE, AN INDIVIDUAL,
Appellant,

vs.

NATIONAL DEFAULT SERVICING
CORPORATION, AN ARIZONA
CORPORATION,

Respondent.

No. 79952

FILED

NOV 15 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting respondent's motion to dismiss appellant's counterclaim. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its order as final pursuant to NRCP 54(b). *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman,* 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). Respondent's complaint against appellant remains pending.

Because there is no final judgment, this court lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____ *Pickering*, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

19-46911

cc: Hon. Rob Bare, District Judge
Geraldine Trice
Tiffany & Bosco, P. A.
Eighth District Court Clerk